No. 477. WAGGONER *v.* UNITED STATES. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Philip F. Dodson* for petitioner.

No. 455. RIPPERGER, RECEIVER, *v.* A. C. ALLYN & Co., INC., ET AL. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Messrs. Jacob K. Javits* and *Percival E. Jackson* for petitioner. *Mr. Claire W. Hardy* for A. C. Allyn & Co., and *Mr. John C. Bruton, Jr.* for the First Boston Corporation, respondents.

No. 476. McQUILLEN ET AL. *v.* NATIONAL CASH REGISTER Co. ET AL. November 12, 1940. The motion to dispense with the printing of the record is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit is denied. The CHIEF JUSTICE took no part in the consideration and decision of these applications. *Mr. Israel Gorovitz* for petitioners. *Mr. James Piper* for the National Cash Register Co., and *Mr. William L. Marbury, Jr.* for Ezra M. Kuhns et al., respondents.

No. 480. MELVILLE ET AL. *v.* WEYBREW ET AL. November 12, 1940. The motion to supplement the record is denied. The petition for writ of certiorari is denied for the reason that the application therefor was not made within the time provided by law.